UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SUMMA; ANGEL GARCIA,<br><br>       Plaintiffs,<br><br>-against-<br><br>NEW YORK STATE DEPARTMENT OF CORRECTIONS, et al.,<br><br>       Defendants. | 25-CV-6320 (LTS)<br><br>ORDER DIRECTING SIGNATURE<br>(incarcerated individuals) |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  Plaintiffs Robert Summa and Angel Garcia bring this action *pro se*. Plaintiff Garcia did not sign the complaint. As set forth in this order, the Court directs Garcia to resubmit the signature page of the complaint.

  Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." The Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

  The Court directs Garcia to submit the signature page of the complaint with an original signature to the Court within thirty days of the date of this order. A copy of the signature page is attached to this order.

  No summons shall issue at this time. If Garcia complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Garcia fails to comply with this order within the time allowed, he will be dismissed from the action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   August 8, 2025
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge