UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT SUMMA,

                    Plaintiff,

          -against-

NEW YORK STATE DEPARTMENT OF
CORRECTIONS, et al.,

                    Defendants.

25-CV-6320 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff filed an application asking the Court to locate *pro bono* counsel to represent him in this action. The factors to be considered in ruling on this request include the merits of the case, Plaintiff's efforts to obtain a lawyer, and Plaintiff's ability to gather the facts and present the case if unassisted by counsel. *See Cooper v. A. Sargenti Co.*, 877 F.2d 170, 172 (2d Cir. 1989); *Hodge v. Police Officers,* 802 F.2d 58, 60-62 (2d Cir. 1986). Of these, the merits are "[t]he factor which command[s] the most attention." *Cooper*, 877 F.2d at 172. Because it is too early in the proceedings for the Court to assess the merits of the action, Plaintiff's motion for counsel is denied without prejudice to renewal, at a later date.

The Court directs the Clerk of Court to terminate Plaintiff's request for the appointment of *pro bono* counsel (ECF 7).

SO ORDERED.

 Dated:    February 17, 2026
           New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                           Chief United States District Judge